## CASTRO v. STATE.

(Court of Criminal Appeals of Texas. Jan. 29, 1913. Rehearing Denied March 19, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL—BILLS OF EXCEPTION—NECESSITY.

Where the transcript contains no bills of exception, and there is no statement of facts accompanying the record, an order on the motion for new trial cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Galveston County; Clay S. Briggs, Judge.

Frank Castro was convicted of manslaughter, and appeals. Affirmed.

See, also, 146 S. W. 553.

Marsene Johnson, of Galveston, for appellant. Miles Crowley and Henry O'Dell, both of Galveston, and C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of manslaughter, and his punishment assessed at five years in the penitentiary.

There is no statement of facts accompanying the record. Neither does the transcript contain any bills of exception, and under such circumstances the motion for new trial presents no question that we can review.

Affirmed.

---

## MILLER v. STATE.

(Court of Criminal Appeals of Texas. Feb. 19, 1913. Rehearing Denied March 19, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL—BILL OF EXCEPTIONS—NECESSITY.

Where there is no statement of facts or bill of exceptions, no question is raised that can be considered.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig § 1090.*]

Appeal from Tarrant County Court; R. E. Bratton, Judge.

Mrs. J. B. Miller was convicted of keeping a disorderly house, and appeals. Affirmed.

Baskin, Dodge & Eastus and Virgil Parker, all of Ft. Worth, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. From a conviction for keeping a disorderly house, this appeal is prosecuted.

There is no statement of facts, nor any

---

bill of exceptions. No question is raised that can be considered, in the absence of a statement of facts.

The judgment is affirmed.

---

## YOUNG v. STATE.

(Court of Criminal Appeals of Texas. Feb. 26, 1913.)

CRIMINAL LAW (§ 1090*)—APPEAL—BILL OF EXCEPTIONS.

Where there is nothing in the motion for new trial that can be considered without a statement of facts or bills of exception, the conviction will be affirmed in the absence of those documents.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Leon County; S. W. Dean, Judge.

Gus Young was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This case is before us without a statement of the facts or bill of exceptions. There is nothing in the motion for new trial, in the absence of a statement of facts and bills of exceptions, that can be considered.

The judgment is affirmed.